**HEMAR, ROUSSO & HEALD, LLP**
ROBERT V. MCKENDRICK (SBN 169138)
PAMELA L. COX (SBN 191883)
E-mail address: pcox@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
Encino, CA 91436-2829
Telephone: (818) 501-3800
Facsimile: (818) 501-2985

Refer to File No. 3978-20120257/PLC

Attorneys for Plaintiff,
XEROX CORPORATION, a New York corporation

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CENTER FOR THE ARTS ESCONDIDO FOUNDATION, INC., a California corporation,<br><br>Defendant. | Case No. **'12CV1040 MMA NLS**<br><br>**VERIFIED COMPLAINT FOR:**<br><br>1. BREACH OF CONTRACT;<br>2. COMMON COUNTS;<br>3. UNJUST ENRICHMENT |

Plaintiff, **XEROX CORPORATION, a New York corporation**, alleges as follows:

### JURISDICTION AND VENUE

1. This Court has original jurisdiction over this dispute because diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1332(a).

2. Venue is properly within this district pursuant to, inter alia, 28 U.S.C. § 1391(a)(2).

### PARTIES

3. Plaintiff **XEROX CORPORATION, a New York corporation** ("Plaintiff" or **"XEROX"**) is, and at all times mentioned herein was, a corporation incorporated under the laws of the State of New York and is authorized to conduct business in the State of California. Plaintiff's principal place of business is in the State of Connecticut.

E:\USERS\PCox\CASES\Xerox Capital Services\California Center for the Arts\Complaint.wpd

1

COMPLAINT FOR BREACH OF CONTRACT

1  4. Plaintiff is informed and believes and thereupon alleges that Defendant, **CALIFORNIA CENTER FOR THE ARTS ESCONDIDO FOUNDATION, INC., a California corporation** (hereinafter "Defendant" or "**CALIFORNIA**"), is a California corporation qualified to do business in California and has its principal place of business in the city of Escondido, California.

## FIRST CLAIM FOR RELIEF

### (For Breach of Lease Contract Against Defendant)

5. **XEROX** incorporates each and every allegation contained in paragraphs 1 through 4 with the same force and effect as if set forth fully herein.

6. On or about December 28, 2007, at Escondido, California, Defendant **CALIFORNIA** executed and delivered to **XEROX** a written Lease Agreement (hereinafter the "Agreement"). Attached hereto as **Exhibit "A"**, and incorporated herein by this reference is a true and correct copy of the Agreement.

7. Under the Agreement, **CALIFORNIA** was obligated to make the monthly payments to **XEROX** in accordance with the terms of the Agreement.

8. Under the Agreement, the parties agreed that the Agreement would be construed under the laws of the State of New York.

9. On or about **June 11, 2011, CALIFORNIA** defaulted under the terms of the Agreement by failing to make the payments as required by the agreement. The Agreement identifies nonpayment as an event of default.

10. Under the Agreement, upon a default of the terms of the agreement, the entire remaining balance is accelerated and immediately due and owing.

11. **CALIFORNIA** breached the terms of the Agreement by failing to pay the full balance of principal and interest at 18% under the accelerated terms. Although demand for payment has been made, Defendant has not paid.

12. At all relevant times alleged herein, **XEROX** fully performed all of its duties under the Agreement.

13. As a direct and proximate result of **CALIFORNIA**'s breach of the Agreement, **XEROX** has been damaged in the sum of **$146,061.30,** together with prejudgment interest at the

contract rate from **June 11, 2011.**

14. The Agreement provides that in the event a legal action is instituted to enforce the terms of the agreement, **XEROX** shall be entitled to receive reasonable attorneys' fees and all costs of recovery. **XEROX** has employed the Law Offices of HEMAR, ROUSSO & HEALD, LLP to pursue recovery of the amounts due and owing under the Agreement. As a further and direct proximate result of **CALIFORNIA**'s breach of the Agreement, **XEROX** has and will continue to incur reasonable and necessary attorney fees, and related costs in connection with this action as additional damages as a result of **CALIFORNIA**'s breach. The total amount of these damages are not yet known but will be proven at the time of trial.

## SECOND CLAIM FOR RELIEF

**(Common Counts Against Defendant)**

15. **XEROX** incorporates each and every allegation contained in paragraphs 1 through 14 with the same force and effect as if set forth fully herein.

16. Within the last four (4) years, Defendant **CALIFORNIA** became indebted to Plaintiff in the sum of **$146,061.30** for monies had and received relative to the Agreement, as set forth in Plaintiff's First Claim for Relief.

17. **XEROX** has repeatedly demanded payment from **CALIFORNIA** but no part of said sum has been paid. There is now due and owing from **CALIFORNIA** the sum of **$146,061.30**, plus interest thereon according to proof.

## THIRD CLAIM FOR RELIEF

**(For Unjust Enrichment from the Value of Xerox's Labor, Goods and Services to Defendant)**

18. **XEROX** incorporates each and every allegation contained in paragraphs 1 through 17 with the same force and effect as if set forth fully herein.

19. Within the last four (4) years before the commencement of this action, **CALIFORNIA** requested work, labor, goods and services (collectively referred to herein as "Services") from **XEROX**, which it agreed to pay for.

20. **XEROX** rendered said services to **CALIFORNIA** reasonably valued at **$146,061.30.** In furnishing the services, **XEROX** was not acting as a volunteer and expected to be

1  paid and compensated for the services provided to **$146,061.30**.

2      21.    There is now due and owing from **CALIFORNIA** the sum of **$146,061.30**.
3  Although demand has been made, no part of said sum has been paid.

4      22.    **CALIFORNIA** has received an economic benefit for that which **XEROX** has
5  furnished, and has been unjustly enriched as a result of its failure to pay for those benefits.

6      23.    As a direct and proximate result of **CALIFORNIA**'s failure to comply with the
7  terms of the parties' agreement, **CALIFORNIA** has been unjustly enriched to **XEROX**'s detriment,
8  and has obtained benefits to which it is not otherwise entitled.

9      24.    As a further direct and proximate result of **CALIFORNIA**'s unjust enrichment,
10 **XEROX** has been damaged in the sum of **$146,061.30**, together with interest thereon according to
11 proof.

## PRAYER FOR RELIEF

13     **WHEREFORE**, Plaintiff, **XEROX** prays for relief and judgment against Defendant,
14 **CALIFORNIA, INC.**, dba **CALIFORNIA** Reader's Theater, aka **CALIFORNIA** Reader's
15 **Theatre** as follows:

16     A.    **On the First Claim For Relief:**
17         1.    For damages in the sum of **$146,061.30**;
18         2.    For interest thereon at the rate of 18% per annum from and after
19             June 11, 2011;
20         3.    For reasonable attorneys' fees according to proof;
21         4.    For costs of suit in this action;
22         5.    For such other and further relief as the Court may deem just and proper.
23     B.    **On the Second and Third Claims For Relief:**
24         1.    For damages in the sum of **$146,061.30**;
25         2.    For interest thereon at the rate of 18% per annum from and after June 11,
26             2011;
27         3.    For reasonable attorneys' fees according to proof;
28         4.    For costs of suit in this action;

1          5.       For such other further relief as the Court may deem just and proper.

Dated: April 27, 2012                    HEMAR, ROUSSO & HEALD, LLP

By _____
Pamela L. Cox,
Robert V. McKendrick,
Attorneys for Plaintiff,
XEROX CORPORATION, a New York corporation

E:\USERS\PCox\CASES\Xerox Capital Services\California Center for the Arts\Complaint.wpd

5

COMPLAINT FOR BREACH OF CONTRACT

## VERIFICATION TO COMPLAINT

STATE OF TEXAS          :
                        : ss.
COUNTY OF DENTON        :

I, JANET ATKINSON, have read the foregoing VERIFIED COMPLAINT and know its contents.

I am a Litigation Specialist of XEROX CORPORATION, a New York corporation, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe, and on that ground allege, that the matters stated in the Complaint are true.

I declare under penalty of perjury under the laws of the United States of America, and the State of Texas, that the foregoing is true and correct.

Executed on April 17, 2012, at Lewisville, Texas.

*[signature]*
JANET ATKINSON

E:\USERS\PCox\CASES\Xerox Capital Services\California Center for the Arts\Complaint.wpd

COMPLAINT FOR BREACH OF CONTRACT

**EXHIBIT "A"**

# XEROX®

**Lease Agreement**



Photo for Display Only

| Customer Bill To: | CALIFORNIA CENTER FOR THE ARTS ESCOND-<br>Ido Foundation Inc<br>340 N Escondido Blvd<br>Escondido, CA 92025-2600<br>Tax ID#: x | Customer Install: | CALIFORNIA CENTER FOR THE ARTS<br>Escondido Inc<br>340 N Escondido Blvd<br>Escondido, CA 92025-2600 |

## Solution

| Item Product Description | Agreement Information | | Trade Information | Requested Install Date |
|---|---|---|---|---|
| 1. W5050H (W5050 COPIER W/HCF)<br>- Office Finisher<br>- Customer Ed | Lease Term:<br>Purchase Option: | 60 months<br>FMV | - Xerox DC535DC S/N FWK006682<br>Trade-In as of Payment 38 | 12/18/2007 |
| 2. W5050H (W5050 COPIER W/HCF)<br>- Office Finisher<br>- Customer Ed | Lease Term:<br>Purchase Option: | 60 months<br>FMV | - Xerox DC535DC S/N FWK006702<br>Trade-In as of Payment 37 | 12/18/2007 |
| 3. W5050H (W5050 COPIER W/HCF)<br>- Office Finisher<br>- Customer Ed | Lease Term:<br>Purchase Option: | 60 months<br>FMV | - Xerox DC535DC S/N FWK006716<br>Trade-In as of Payment 37 | 12/18/2007 |
| 4. W5050H (W5050 COPIER W/HCF)<br>- Office Finisher<br>- Customer Ed | Lease Term:<br>Purchase Option: | 60 months<br>FMV | - Xerox DC535DC S/N FWK007123<br>Trade-In as of Payment 37 | 12/18/2007 |
| 5. D242C (DOCUCOLOR 242 'C')<br>- Profess Finisher W/book Mak/hp<br>- Customer Ed<br>- Analyst Services | Lease Term:<br>Purchase Option: | 60 months<br>FMV | - Xerox DC3535EFI S/N MWF683897<br>Purchase and Retain as of Payment 38<br>- Xerox DC3535 S/N LVG249982<br>Purchase and Retain as of Payment 38 | 12/18/2007 |
| 6. D252EFI (D252/242 BUSTLED DFE) | Lease Term:<br>Purchase Option: | 60 months<br>FMV | None | 12/18/2007 |

## Authorized Signature

Customer acknowledges receipt of the terms of this agreement which consists of 7 pages including this face page.

Signer: Vicky Basehore      Phone: (760)839-4183
Signature: [signed]           Date: 12/28/07

Thank You for your business!
This Agreement is proudly presented by Xerox and
**Hisako Miyabayashi**
**(858)573-6342**
For information on your Xerox Account, go to
www.xerox.com/AccountManagement

WS G21454  12/18/2007 10:54:21     Confidential - Copyright© 2007 XEROX CORPORATION. All rights reserved.     Page 1 of 7

DEC-31-2007 14:25 From:MR COPY     8585731964     To:Southern CBC     P.2/3

(Page 2 of 3)



**Lease Agreement**

### Monthly Pricing

| Item | Lease Minimum Payment | Print Charges Meter | Print Charges Volume Band | Print Charges Per Print Rate | Maintenance Plan Features |
|---|---|---|---|---|---|
| 1. W5050H | $359.25 | 1: Total | All Prints | $0.0089 | - Consumable Supplies Included for all prints |
| 2. W5050H | $359.06 | 1: Total | All Prints | $0.0089 | - Consumable Supplies Included for all prints |
| 3. W5050H | $359.06 | 1: Total | All Prints | $0.0089 | - Consumable Supplies Included for all prints |
| 4. W5050H | $359.06 | 1: Total | All Prints | $0.0089 | - Consumable Supplies Included for all prints |
| 5. D242C | $967.60 | 1: Color<br>2: BW | All Prints<br>All Prints | $0.0590<br>$0.0129 | - Consumable Supplies Included for all prints |
| 6. D252EFI | $160.51 | N/A | N/A | N/A | - Full Service Maintenance Included |
| Total | $2,564.54 | Minimum Payments (Excluding Applicable Taxes) | | | |

WS G21454  12/18/2007 10:54:22         Confidential - Copyright© 2007 XEROX CORPORATION. All rights reserved.                Page 2 of 7



# Lease Agreement

Terms and Conditions

**INTRODUCTION:**
**1. TOTAL SATISFACTION GUARANTEE.** Except for Equipment identified as Previously Installed, for all Equipment delivered under this Agreement, if you are not totally satisfied with any Equipment, Xerox will, at your request, replace it without charge with an identical model or, at the option of Xerox, with a machine with comparable features and capabilities. This Guarantee applies only to Xerox-brand Equipment that has been continuously maintained by Xerox or its authorized representatives under a Xerox express warranty or Xerox maintenance plan, and is not applicable to Equipment damaged or destroyed due to an Act of God. For Equipment designated on the face of this Agreement as "Previously Installed", this Guarantee will be effective for one (1) year following the Equipment"s Installation Date. For all other Equipment, this Guarantee will be effective for three (3) years following the Equipment"s Installation Date unless the Equipment is being financed by Xerox for more than three (3) years, in which event it will expire as of the end of the initial term of such financing arrangement.

**SOLUTION/SERVICES:**
**2. PRODUCTS.** "Products" shall refer collectively to all equipment (the "Equipment"), software, and supplies identified on the face of this Agreement. You represent that the Products are being ordered for your own business use (rather than resale) and that they will not be used for personal, household or family purposes.
**3. CONSUMABLE SUPPLIES INCLUDED.** If Consumable Supplies is identified in the Maintenance Plan Features. Maintenance Services will include black toner (excluding highlight color toner), black developer, copy Cartridges, and, if applicable, fuser ("Consumable Supplies"). For full-color Equipment, Consumable Supplies shall also include, as applicable, color toner and developer. For Products identified as "Phaser", Consumable Supplies may also include, if applicable, black solid ink, color solid ink, imaging units, waste cartridges, transfer rolls, transfer belts, transfer units, belt cleaner, maintenance kits, print Cartridges, drum Cartridges, waste trays and cleaning kits. You agree that the Consumable Supplies are Xerox's property until used by you, that you will use them only with the Equipment, that you will return all Cartridges to Xerox for remanufacturing once they have been run to their cease-function point (at Xerox's expense when using Xerox-supplied shipping labels), and that at the end of the term of this Agreement you will either (1) return any unused Consumable Supplies to Xerox (at Xerox's expense when using Xerox-supplied shipping labels), or (2) destroy them in a manner permitted by applicable law. Should your use of Consumable Supplies exceed Xerox's published yields for these items by more than 10%, you agree that Xerox shall have the right to charge you for any such excess usage. When requested by Xerox, you agree to provide meter readings and inventory of Consumable Supplies in your possession.
**4. CARTRIDGES.** If Xerox is providing Maintenance Services for Equipment utilizing cartridges designated by Xerox as customer replaceable units, including copy/print cartridges and xerographic modules or fuser modules ("Cartridges")), and unless you have entered into a Standard Maintenance Agreement as described herein, you agree to use only unmodified Cartridges purchased directly from Xerox or its authorized resellers in the United States and the failure to use such Cartridges shall void any warranty applicable to such Equipment. Cartridges packed with Equipment and replacement Cartridges may be new, remanufactured or reprocessed. Remanufactured and reprocessed Cartridges meet Xerox's new Cartridge performance standards and contain new and/or reprocessed components. To enhance print quality, the Cartridge(s) for many models of Equipment have been designed to cease functioning at a predetermined point. In addition, many Equipment models are designed to function only with Cartridges that are newly manufactured original Xerox Cartridges or with Cartridges intended for use in the U.S. Equipment configuration that permits use of non-newly manufactured original Xerox Cartridges may be available from Xerox at an additional charge.
**5. MAINTENANCE SERVICES.** Xerox (or a designated servicer) will provide the following Maintenance Services under this Agreement (unless you are acquiring Equipment for which Xerox does not offer Maintenance Services; such Equipment to be designated as "No Svc."). Xerox will make repairs and adjustments necessary to keep Equipment in good working order. Parts required for repairs may be new, reprocessed or recovered. All parts/materials replaced, including as part of an upgrade, will become Xerox's property.
**6. INSTALLATION SITE & METER READINGS.** The Equipment installation site must conform to Xerox's published requirements throughout the term of this Agreement. If applicable, you agree to provide meter readings in the manner prescribed by Xerox. If you do not provide Xerox with meter readings as required, Xerox may estimate them and bill you accordingly.
**7. EQUIPMENT REPLACEMENT.** If Xerox is unable to maintain the Equipment as described, Xerox will, as your exclusive remedy for Xerox's failure to provide Maintenance Services, replace the Equipment with an identical product or, at Xerox's option, another product of equal or greater capabilities. If a replacement product is provided pursuant to this Section there will not be an additional charge for the replacement product and, except as set forth in the Section of this Agreement titled "ANNUAL PRICE INCREASES", there will not be an additional charge for Maintenance Services during the then-current term during which Maintenance Services are being provided.
**8. PC/WORKSTATION REQUIREMENTS.** In order to receive Maintenance Services and/or Software Support for Equipment requiring connection to a PC or workstation, you must utilize a PC or workstation that either (1) has been provided by Xerox, or (2) meets Xerox's published specifications.

**9. HOURS & EXCLUSIONS.** Unless otherwise stated, Maintenance Services will be provided during Xerox's standard working hours (excluding Xerox-recognized holidays) in areas within the United States, its territories, and possessions open for repair service for the Equipment at issue. You agree to give Xerox reasonable access to the Equipment. Maintenance Services shall cover repairs and adjustments required as a result of normal wear and tear or defects in materials or workmanship (and shall exclude repairs or adjustments Xerox determines to relate to or be affected by the use of options, accessories, or other connected products not serviced by Xerox, as well as any non-Xerox alterations, relocation, service, supplies, or consumables). You agree to use Equipment in accordance with, and to perform all operator maintenance procedures for Equipment as set forth in, the applicable manuals provided by Xerox.
**10. EQUIPMENT STATUS.** Unless you are acquiring Previously Installed Equipment, Equipment will be either (1) "Newly Manufactured," which may contain some recycled components that are reconditioned; (2) "Factory Produced New Model", which is manufactured and newly serialized at a Xerox factory, adds functions and features to a product previously disassembled to a Xerox predetermined standard, and contains both new components and recycled components that are reconditioned; or (3) "Remanufactured", which has been factory produced following disassembly to a Xerox predetermined standard and contains both new components and recycled components that are reconditioned.
**11. SOFTWARE LICENSE.** The following terms apply to copyrighted software and the accompanying documentation, including, but not limited to, operating system software, provided with or within the Xerox-brand Equipment acquired hereunder ("Base Software"), as well as software identified as "Application Software" on the face of this Agreement. This license does not apply to any Diagnostic Software or to any software/documentation accompanied by a clickwrap or shrinkwrap license agreement or otherwise made subject to a separate license agreement.
A. Xerox grants you a non-exclusive, non-transferable license to use the Base Software within the United States, its territories, and possessions (the "United States") only on or with the Equipment with which (or within which) it was delivered. For Application Software, Xerox grants you a non-exclusive, non-transferable license to use this software within the United States on any single unit of equipment for as long as you are current in the payment of any indicated software license fees (including any Annual Renewal Fees). You have no other rights to the Base or Application Software and, in particular, may not: (1) distribute, copy, modify, create derivatives of, decompile, or reverse engineer this software; (2) activate any software delivered with or within the Equipment in an unactivated state; or (3) allow others to engage in same. Title to the Base and Application Software and all copyrights and other intellectual property rights in it shall at all times reside solely with Xerox and/or its licensors (who shall be considered third-party beneficiaries of this Agreement"s software and limitation of liability provisions). Base and Application Software may contain, or be modified to contain, computer code capable of automatically disabling proper operation or functioning of the Equipment. Such disabling code may be activated if: (a) Xerox is denied reasonable access to the Base or Application Software to periodically reset such code; (b) you are notified of a default under any term of this Agreement; or (c) your license is terminated or expires.
B. Xerox may terminate your license for any Base Software (1) immediately if you no longer use or possess the Equipment or are a lessor of the Equipment and your first lessee no longer uses or possesses it, or (2) upon the termination of any agreement under which you have rented or leased the Equipment.



**Lease Agreement**

Terms and Conditions

C. If you transfer possession of the Equipment after you obtain title to it, Xerox will offer the transferee a license to use the Base Software within the United States on or with it, subject to Xerox"s then-applicable terms and license fees, if any, and provided the transfer is not in violation of Xerox"s rights.

D. Xerox warrants that the Base and Application Software will perform in material conformity with its user documentation for a ninety (90) day period from the date it is delivered or, for software installed by Xerox, the date of software installation. Neither Xerox nor its licensors warrant that the Base or Application Software will be free from errors or that its operation will be uninterrupted.

E. Notwithstanding anything to the contrary set forth in this Agreement, if you enter into a maintenance agreement for Equipment, such maintenance agreement does not include a license for Base Software. If you do not have a license for Base Software for Equipment, you may enter into a separate license agreement with Xerox for such Base Software.

**12. SOFTWARE SUPPORT.** During the period that Xerox (or a designated servicer) provides Maintenance Services for the Equipment, but in no event longer than five (5) years after Xerox stops taking orders from customers for the subject model of Equipment, Xerox (or a designated servicer) will provide software support for the Base Software under the following terms. For Application Software licensed pursuant to this Agreement, Xerox will provide software support under the following terms provided you are current in the payment of all Initial License and Annual Renewal Fees (or, for programs not requiring Annual Renewal Fees, the payment of the Initial License Fee and the annual "Support Only" Fees).

A. Xerox will assure that Base and Application Software performs in material conformity with its user documentation and will maintain a toll-free hotline during Xerox's standard working hours to answer related questions.

B. Xerox may make available new releases of the Base or Application Software that primarily incorporate coding error fixes and are designated as "Maintenance Releases". Maintenance Releases are provided at no charge and must be implemented within six (6) months after being made available to you. Each new Maintenance Release shall be considered Base or Application Software governed by the Software License and Software Support provisions of this Agreement. New releases of the Base or Application Software that are not Maintenance Releases, if any, may be subject to additional license fees at Xerox's then-current pricing and shall be considered Base or Application Software governed by the Software License and Software Support provisions of this Agreement (unless otherwise noted). Xerox will not be in breach of its software support obligations hereunder if, in order to implement, in whole or in part, a new release of Base or Application Software provided or made available to you by Xerox, you must procure, at your expense, additional hardware and/or software from Xerox or any other entity. You agree to return or destroy all prior releases.

C. Xerox will use reasonable efforts, either directly and/or with its vendors, to resolve coding errors or provide workarounds or patches, provided you report problems as specified by Xerox.

D. Xerox shall not be obligated (1) to support any Base or Application Software that is two or more releases older than Xerox's most current release, or (2) to remedy coding errors if you have modified the Base or Application Software.

**13. DIAGNOSTIC SOFTWARE.** Software used to maintain the Equipment and/or diagnose its failures or substandard performance (collectively "Diagnostic Software") is embedded in, resides on, or may be loaded onto the Equipment. The Diagnostic Software and method of entry or access to it constitute valuable trade secrets of Xerox. Title to the Diagnostic Software shall at all times remain solely with Xerox and/or Xerox's licensors. You agree that (a) your acquisition of the Equipment does not grant you a license or right to use the Diagnostic Software in any manner, and (b) that unless separately licensed by Xerox to do so, you will not use, reproduce, distribute, or disclose the Diagnostic Software for any purpose (or allow third parties to do so). You agree at all times (including subsequent to the expiration of this Agreement) to allow Xerox to access, monitor, and otherwise take steps to prevent unauthorized use or reproduction of the Diagnostic Software.

**14. FREEFLOW(R) LICENSE.** The following terms shall apply to Xerox FreeFlow Print ServerTM/DocuSP(R) software that is Base Software ( FreeFlow Base Software ) and/or Application Software identified as Xerox FreeFlow(R) software (including, but not limited to, FreeFlow Makeready(R), FreeFlow Process ManagerTM, FreeFlow Output ManagerTM, FreeFlow Web ServicesTM, FreeFlow Document LibraryTM, FreeFlow Prepress Suite(R), Print Shop PDF Conversion Tool, Stand Alone Quick Print, Print Manager, FreeFlow VI Suite, and Digipath(R) to FreeFlow Software Upgrade) ( FreeFlow Application Software ) and shall be additive to those found elsewhere in this Agreement. FreeFlow Base Software and FreeFlow Application Software are collectively referred to as FreeFlow Software.

A. FreeFlow Software may contain Java technology licensed from Sun Microsystems, Inc. ( Sun ). You may not create additional classes to, or modifications of, the Java technology, except under compatibility requirements through a separate agreement available at www.java.net. Sun supports and thanks the global community of open source developers for its important contributions. Sun benefits from this community through the open standards-based technology from which many of Sun s products were developed. Please note that portions of FreeFlow Software may be provided with notices and licenses from open source developers and other third parties that govern the use of those portions. Any licenses granted hereunder do not alter any rights and obligations you may have under such open source licenses, however, the disclaimer of warranty and limitation of liability provisions in this Agreement will apply to all FreeFlow Software.

B. FreeFlow Base Software may contain Intellifont Software licensed from Monotype Imaging, Inc. ( Monotype ). You acknowledge that title to the Intellifont Software remains at all times with Monotype and agree not to disclose the Intellifont Software to any third party without the prior written consent of Monotype and Xerox.

C. FreeFlow Software may include and/or incorporate certain software provided by Adobe Systems Incorporated, 345 Park Avenue, San Jose, CA 95110 ( Adobe ).

1. Adobe, Adobe Configurable PostScript Interpreter, Adobe Normalizer, Adobe Postscript(R)? and Adobe PDF Library (individually and collectively Adobe Licensed Software ) are either registered trademarks or trademarks of Adobe in the United States and/or other countries. Any use by you of trademarks permitted hereunder shall be in accordance with accepted trademark practice, including identification of the trademark owner s name.

2. Adobe is a third party beneficiary of this Agreement to the extent that this Agreement contains provisions which relate to your use of Adobe Licensed Software. Such provisions are made expressly for the benefit of Adobe and are enforceable by Adobe in addition to Xerox.

3. You are granted the right to use (i) the digitally-encoded machine-readable outline data ( Font Programs ) encoded in the special format and in the encrypted form ( Coded Font Programs ) to produce weights, styles, and versions of letters, numerals, characters and symbols ( Typefaces ) on the unit(s) of Equipment with which the Coded Font Programs were provided by Xerox, or if you install FreeFlow Application Software on a computer that you supply, then only on such computer; and (ii) the trademarks used by Xerox to identify the Coded Font Programs and Typefaces only to identify printed output produced by the Coded Font Programs.

4. You may embed copies of the Font Programs into your electronic documents for the purpose of printing and viewing the document. You are responsible for ensuring that you have the right and are authorized by any necessary third parties to embed any Font Programs in electronic documents created with the FreeFlow Application Software. If the Font Programs are identified as licensed for editable embedding at www.adobe.com/type/browser/legal/embeddingeula.html, you may also embed copies of that Font Programs for the additional purpose of editing your electronic documents. No other embedding rights are implied or permitted under this license.

5. If you license FreeFlow Process Manager without also licensing the 100-User PDF Conversion or the Maximum-User PDF Conversion option, you may use high resolution Adobe PDF files resulting from the automated conversion of documents only for your subsequent printing purposes. If you have also licensed the 100-User PDF Conversion option, you may use FreeFlow Process Manager to convert files into the Adobe PDF format for a maximum of one hundred (100) users.

6. If you license FreeFlow Web Services, you may use high resolution Adobe PDF files resulting from the automated conversion of documents only for your subsequent printing purposes.

D. You shall not, without the prior written consent of Xerox and its licensors: (a) alter the digital configuration of the FreeFlow Software, or solicit others to cause the same, so as to change the visual appearance of any of the FreeFlow Software output; (b) use the FreeFlow Software in any way that is not authorized by this Agreement; (c) use the embedded code within the FreeFlow Software outside of the equipment on which it was installed in a stand-alone, time-share or service bureau model; (d) disclose the results of any performance or benchmark tests of the FreeFlow Software; (e) publish the results of any benchmark tests of database software licensed from Oracle Corporation that is incorporated in FreeFlow Application Software; (f) use the FreeFlow Software for any purpose other than to carry out the purposes of this Agreement; or (g) disclose or otherwise permit any other person or entity access to the object code of the FreeFlow

# XEROX®

**Lease Agreement**

Terms and Conditions

Software.

E. Upon not less than forty-five (45) days prior written notice, Xerox and/or its licensors may, at their expense, directly or through an independent auditor, audit your use of FreeFlow Process Manager and all relevant records not more than once annually. Any such audit shall be conducted at a mutually agreed location and shall not unreasonably interfere with your business activities. You agree to cooperate with the audit and provide reasonable assistance and access to information including, but not limited to, relevant records, agreements, workstations, servers, and technical personnel. If an audit reveals that you have underpaid fees in excess of five percent (5%), then you shall pay Xerox s and/or its licensors reasonable costs of conducting the audit.

F. In the event FreeFlow Process Manager is subject to a lending or leasing arrangement entered into with a party other than Xerox ( Financing Arrangement ), then, for the shorter of ten (10) years from the date of such Financing Arrangement or the specified term thereof, the party that provides the Financing Arrangement shall not be prevented from enforcing a valid security interest by the nontransferable nature of the license granted to you hereunder, provided that the rights acquired by such party shall otherwise be restricted in accordance with the terms set forth in the Agreement governing Application Software.

G. If you license FreeFlow Makeready Copyright Management, then you agree not to disclose the results of any benchmark test of Microsoft SQL Server to any third party without Microsoft s prior written approval.

H. If you install FreeFlow Application Software on a computer that you supply, then the following terms apply:

1. You may only install and use FreeFlow Process Manager on a computer having the ability to run a maximum of four processors.

2. Xerox will only be obligated to support FreeFlow Application Software if it is installed on hardware and software meeting Xerox s published specifications ( Workstation ).

3. If you use FreeFlow Application Software with any hardware or software other than a Workstation, all representations and warranties accompanying such FreeFlow Application Software shall be void and any support/maintenance you contract for in connection with such FreeFlow Application Software shall be voidable and/or subject to additional charges.

4. You are solely responsible for: (i) the acquisition and support, including any and all associated costs, charges and other fees, of any Workstation you supply; (ii) compliance with all terms governing such Workstation acquisition and support, including terms applicable to any non-Xerox software associated with such Workstation; and (iii) ensuring that such Workstation meets Xerox s published specifications. Xerox reserves the right to charge its then-current time and materials rate for any time spent supporting a Workstation that does not meet Xerox s published specifications.

**PRICING PLAN/OFFERING SELECTED:**

**15. COMMENCEMENT.** The Lease Term for each unit of Equipment shall commence upon installation of each unit; provided, however, for customer-installable Equipment, the Lease Term shall commence upon delivery of each unit.

**16. PAYMENT TERMS.** Invoices are payable upon receipt and payment is due and must be received by Xerox no later than thirty (30) days after the invoice date. Restrictive covenants on instruments or documents submitted for or with payments you send to Xerox will not reduce your obligations.

**17. PAYMENTS.** The Minimum Payment (which may be billed on more than one invoice) may include a Minimum Number of Prints. The Minimum Payment, along with Print Charges for any prints made in excess of the Minimum Number of Prints, cover your cost for the use of the Equipment and its maintenance (provided as Maintenance Services)

**18. LATE PAYMENT CHARGE.** For any payment not received by Xerox within ten (10) days of the due date as set forth herein, Xerox may charge, and you agree to pay, a late charge equal to the higher of five percent (5%) of the amount due or $25 (not to exceed the maximum amount permitted by law) as reasonable collection costs.

**19. ANNUAL PRICE INCREASES.** Xerox may annually increase the maintenance component of the Minimum Payment and Print Charges, each such increase not to exceed 10%. For Application Software, Xerox may annually increase the Annual Renewal and Support-Only Fees, each such increase not to exceed 10%

**20. DELIVERY AND REMOVAL.** Xerox will be responsible for all standard delivery and removal charges and you will be responsible for any non-standard delivery or removal charges.

**21. TAXES.** You shall be responsible for any and all applicable Taxes, which will be included in Xerox's invoice unless you provide proof of your tax exempt status. "Taxes" shall mean any tax, assessment or charge imposed or collected by any governmental entity or any political subdivision thereof, however designated or levied, imposed on this Agreement or the amounts payable to Xerox by you for the billing of Products, Print Charges, services and maintenance of any kind. Taxes include, but are not limited to, sales and use, rental, excise, gross receipts and occupational or privilege taxes, plus any interest and/or penalty thereon, but excluding any personal property taxes and taxes on Xerox's net income. If a taxing authority determines that Xerox did not collect all applicable Taxes, you shall remain liable to Xerox for such additional Taxes.

**22. LEASE OPTIONS.** The following options are available for each unit of Equipment leased under this Agreement. A. If not in default, you may purchase the Equipment, "AS IS, WHERE-IS" and WITHOUT ANY WARRANTY AS TO CONDITION OR VALUE: (1) at the end of the lease term for the Purchase Option indicated on the face of this Agreement (i.e., either a set dollar amount or the fair market value of the Equipment at the expiration of the lease term), plus all applicable Taxes, or (2) any time during the lease term by paying: (a) all amounts then due; (b) the remaining Minimum Payments in the Agreement's term less any unearned finance, maintenance, and supply charges (as reflected on Xerox's books and records); (c) a reasonable disengagement fee calculated by Xerox that will not exceed fifteen percent (15%) of the amount in (b) above (said amount is available from Xerox upon request); (d) the applicable Purchase Option; and (e) all applicable Taxes. B. Unless either party provides notice at least thirty (30) days before the end of the lease term of its intention not to renew a unit of Equipment, it will be renewed automatically on a month-to-month basis at the same price, terms and conditions and billing frequency as the original Agreement. During this renewal period, either party may terminate the Equipment upon at least thirty (30) days notice. Upon termination, you shall make the Equipment available for removal by Xerox when requested to do so by Xerox and, at the time of removal, the Equipment shall be in the same condition as when delivered (reasonable wear and tear excepted).

**23. DEFAULT AND REMEDIES.** You will be in default under this Agreement if (1) Xerox does not receive any payment within fifteen (15) days after the date it is due, or (2) you breach any other obligation hereunder. If you default, Xerox, in addition to its other remedies (including the cessation of Maintenance Services), may require immediate payment, as liquidated damages for loss of bargain and not as a penalty, of: (a) all amounts then due, plus interest on all amounts due from the due date until paid at the rate of one and one-half percent (1.5%) per month (not to exceed the maximum amount permitted by law); (b) the remaining Lease Minimum Payments in the Agreement's term less any unearned finance, maintenance, and supply charges (as reflected on Xerox's books and records); (c) a reasonable disengagement fee calculated by Xerox that will not exceed fifteen percent (15%) of the amount in (b) above (said amount is available from Xerox upon request); and (d) all applicable Taxes. You also shall either (1) make the Equipment available for removal by Xerox when requested to do so by Xerox and, at the time of removal, the Equipment shall be in the same condition as when delivered (reasonable wear and tear excepted), together with any related software, or (2) purchase the Equipment "AS IS, WHERE IS" and WITHOUT ANY WARRANTY AS TO CONDITION OR VALUE by paying Xerox the Purchase Option and all applicable Taxes. Xerox's decision to waive or forgive a particular default shall not prevent Xerox from declaring any other default. In addition, if you default under this Agreement, you agree to pay all of the costs Xerox incurs to enforce its rights against you, including reasonable attorneys' fees and actual costs.

**GENERAL TERMS & CONDITIONS:**

**24. NON-CANCELABLE AGREEMENT.** THIS AGREEMENT CANNOT BE CANCELED OR TERMINATED EXCEPT AS EXPRESSLY PROVIDED HEREIN. YOUR OBLIGATION TO MAKE ALL PAYMENTS AND TO PAY ANY OTHER AMOUNTS DUE OR TO BECOME DUE SHALL BE ABSOLUTE AND UNCONDITIONAL AND SHALL NOT BE SUBJECT TO ANY DELAY, REDUCTION, SET-OFF, DEFENSE, COUNTERCLAIM OR RECOUPMENT FOR ANY REASON WHATSOEVER, IRRESPECTIVE OF XEROX'S PERFORMANCE OF ITS OBLIGATIONS HEREUNDER. ANY CLAIM AGAINST XEROX MAY BE ASSERTED IN A SEPARATE ACTION AND SOLELY AGAINST XEROX.

**25. REPRESENTATIONS, WARRANTIES & COVENANTS.** Each party represents that, as of the date of this Agreement, it has the lawful power and authority to enter into this Agreement, the individuals signing this Agreement are duly authorized to do so on its behalf and, by entering this Agreement, it will not violate any law or other agreement to which it is a party. You are not aware of anything that will have a material negative effect on your ability to satisfy your payment obligations under this Agreement and all financial information you have provided, or will provide, to Xerox is true and accurate



**Lease Agreement**

Terms and Conditions

and provides a good representation of your financial condition. Each party agrees that it will promptly notify the other party in writing of a change in ownership, or if it relocates its principal place of business or changes the name of its business.

**26. LIMITATION OF LIABILITY.** Xerox shall not be liable to you for any direct damages in excess of $10,000 or the amounts paid hereunder, whichever is greater, and neither party shall be liable to the other for any special, indirect, incidental, consequential or punitive damages arising out of or relating to this Agreement, whether the claim alleges tortious conduct (including negligence) or any other legal theory. The above-stated limitation of liability shall not be applicable to any specific indemnification obligations set forth in this Agreement. Any action you take against Xerox must be commenced within two (2) years after the event that caused it.

**27. CREDIT REPORTS.** You authorize Xerox (or its agent) to obtain credit reports from commercial credit reporting agencies

**28. FORCE MAJEURE.** Xerox shall not be liable to you during any period in which its performance is delayed or prevented, in whole or in part, by a circumstance beyond its reasonable control, which circumstances include, but are not limited to, the following: act of God (e.g., flood, earthquake, wind); fire; war; act of a public enemy or terrorist; act of sabotage; strike or other labor dispute; riot; misadventure of the sea; inability to secure materials and/or transportation; or a restriction imposed by legislation, or by an order, rule or regulation of any governmental entity. If such a circumstance occurs, Xerox shall undertake reasonable action to notify you of the same.

**29. PROTECTION OF XEROX'S RIGHTS.** You hereby authorize Xerox or its agents to file, by any permissible means, financing statements necessary to protect Xerox's rights as lessor of the Equipment. Xerox, on your behalf and at your expense, may take any action required to be taken by you under this Agreement that you fail to take.

**30. WARRANTY DISCLAIMER; FINANCE LEASE AND INCOME TAX TREATMENT.** XEROX DISCLAIMS, AND YOU WAIVE, THE IMPLIED WARRANTIES OF NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE. The parties agree that this Agreement is: (i) a "finance lease" under Article 2A of the Uniform Commercial Code and, except to the extent expressly provided herein, and to the extent permitted by applicable law, you waive all rights and remedies conferred upon a lessee by Article 2A; and (ii) a lease for all federal, state or local income tax purposes and you shall not claim any credit or deduction for depreciation in respect of the Equipment, or take any other action inconsistent with your role as lessee of the Equipment.

**31. INTELLECTUAL PROPERTY INDEMNITY.** Xerox, at its expense, will defend you from, and pay any settlement agreed to by Xerox or any final judgment for, any claim that a Xerox-brand Product infringes a third party's U.S. intellectual property rights, provided you promptly notify Xerox of the alleged infringement and permit Xerox to direct the defense. Xerox is not responsible for any non-Xerox litigation expenses or settlements unless it preapproves them in writing. To avoid infringement, Xerox may modify or substitute an equivalent Xerox-brand Product, refund the price paid for the Xerox-brand Product (less the reasonable rental value for the period it was available to you), or obtain any necessary licenses. Xerox is not liable for any infringement-related liabilities outside the scope of this Section including, but not limited to, infringement based upon a Xerox-brand Product being modified to your specifications or being used or sold with products not provided by Xerox.

**32. TITLE & RISK OF LOSS.** Title to the Equipment shall remain with Xerox until you exercise your option to purchase it. Until you exercise your option to purchase the Equipment, you agree that: (1) it shall remain personal property; (2) you will not attach any of it as a fixture to any real estate; (3) you will not pledge, sub-lease or part with possession of it or file or permit to be filed any lien against it; and, (4) you will not make any permanent alterations to it. The risk of loss due to your fault or negligence, as well as theft, fire or disappearance, shall pass to you upon shipment from a Xerox controlled facility. The risk of loss due to all other causes shall remain with Xerox unless and until you exercise your option to purchase the Equipment

**33. RELOCATION.** Until title passes to you, all Equipment relocations must be arranged (or approved in advance) by Xerox and shall be at your expense. While Equipment is being relocated, you are responsible for all payments required to Xerox under this Agreement. Equipment cannot be relocated outside of the United States, its territories or possessions until you have exercised the Purchase Option indicated in this Agreement. If you acquire title to the Equipment, you must comply with all applicable laws and regulations regarding the export of any commodity, technology and/or software

**34. ASSIGNMENT.** (a) If you wish to assign any rights or obligations under this Agreement, you shall provide a written notice to Xerox of such request for consent, with said notice including the name of the proposed assignee. Your request to assign this Agreement will be granted by Xerox if: (1) you are not in default under this Agreement or any other agreement with Xerox; (2) the proposed assignee agrees to the sections of this Agreement titled "PAYMENTS", "TAXES" and "CREDIT REPORTS" as applicable to it, for the purposes of the proposed assignment; (3) the proposed assignee meets Xerox's then current credit criteria for similar transactions as determined by Xerox in its sole discretion; and, (4) you and the proposed assignee execute a writing, in a form acceptable to Xerox, confirming said assignment. Assignment by you requires the written consent of Xerox and may not be accomplished by operation of law. (b) Xerox may assign this Agreement, in whole or in part, to a parent, subsidiary or affiliate of Xerox, or to a person or entity for the purposes of securitizing a pool of assets or as part of a third party financial transaction without prior notice to you; provided, however, any proposed assignment to a person or entity not identified previously in this sentence shall require your prior written consent. In the event of an assignment permitted by the preceding sentence, Xerox may, without notice to you, release information it has about you related to this Agreement. Each successive assignee of Xerox shall have all of the rights but none of the obligations of Xerox hereunder. You shall continue to look to Xerox for performance of Xerox's obligations, including the provision of Maintenance Services, and you hereby waive and release any assignees of Xerox from any such claim relating to or arising from the performance of Xerox's obligations hereunder. You shall not assert any defense, counterclaim or setoff that you may have or claim against Xerox against any assignees of Xerox. In the event of an assignment by Xerox, you shall remit payments due in accordance with remittance instructions of the assignee.

**35. MISCELLANEOUS.** Notices must be in writing and will be deemed given five (5) days after mailing, or two (2) days after sending by nationally recognized overnight courier, to the other party's business address, or to such other address designated by either party to the other by written notice given pursuant to this sentence. The term "business address" shall mean, for you, the "Bill to" address identified on the face of this Agreement and, for Xerox, the inquiry address set forth on the most recent invoice to you. This Agreement constitutes the entire agreement as to its subject matter, supersedes all prior and contemporaneous oral and written agreements, and shall be construed under the laws of the State of New York (without regard to conflict-of-law principles). You agree to the jurisdiction and venue of the federal and state courts in Monroe County, New York. In any action to enforce this Agreement, the parties agree to waive their right to a jury trial. If a court finds any term of this Agreement to be unenforceable, the remaining terms of this Agreement shall remain in effect. Both parties may retain a reproduction (e.g., electronic image, photocopy, facsimile) of this Agreement which shall be admissible in any action to enforce it, but only the Agreement held by Xerox shall be considered an original. Xerox may accept this Agreement either by its authorized signature or by commencing performance (e.g., Equipment delivery, initiating Maintenance Services, etc.). All changes to this Agreement must be made in a writing signed by both parties; accordingly, any terms on your ordering documents shall be of no force or effect.

**36. MISCELLANEOUS, CONTINUED.** The following four sentences control over every other part of this Agreement and over all other documents now or later pertaining to this Agreement. We both intend to comply with applicable laws. In no event will Xerox charge or collect any amounts (such as interest or, if applicable, time price differential amounts) in excess of those allowed by applicable law. Any part of this Agreement that would, but for this Section, be read under any circumstances to allow for a charge higher than that allowed under any applicable legal limit, is limited and modified by this Section to limit the amounts chargeable under this Agreement to the maximum amount allowed under the legal limit. If, in any circumstances, any amount in excess of that allowed by law is charged or received, any such charge will be deemed limited by the amount legally allowed and any amount received by Xerox in excess of that legally allowed will be applied by us to the payment of amounts legally owed under this Agreement, or refunded to you.

**37. REMOTE DATA COLLECTION.** Xerox may automatically collect from the Equipment, via electronic transmission to a secure off-site location, certain data used by Xerox or a designated servicer to support and service the Equipment, or for Xerox billing, supplies replenishment or product improvement purposes. Automatically transmitted data may include, but is not limited to, product registration, meter read, supply level, Equipment configuration and settings, software version, and problem/fault code data. All such data shall be transmitted in a secure manner specified by Xerox.



**Lease Agreement**

Terms and Conditions

| Item | Trade-In Model and Serial Number | Allowance | Total Applied To Equip Balance |
|---|---|---|---|
| 1. W5050H | Xerox Dc535dc S/N FWK006682 | $3,000.00 | $3,000.00 |
| 2. W5050H | Xerox Dc535dc S/N FWK006702 | $3,000.00 | $3,000.00 |
| 3. W5050H | Xerox Dc535dc S/N FWK006716 | $3,000.00 | $3,000.00 |
| 4. W5050H | Xerox Dc535dc S/N FWK007123 | $3,000.00 | $3,000.00 |

**38. TRADE-IN EQUIPMENT.** You are providing equipment to Xerox as part of this Agreement ("Trade-In Equipment"). You warrant that you have the right to transfer title to the Trade-In Equipment and that it has been installed and performing its intended function. Title and risk of loss to the Trade-In Equipment shall pass to Xerox when Xerox removes it from your premises. You warrant that the Trade-In Equipment is in good working order, has not been modified from its original configuration (other than by Xerox), and has a UL label attached. You agree to maintain the Trade-In Equipment at its present site and in substantially its present condition until removed by Xerox. You agree to pay all accrued charges for the Trade-In Equipment (up to and including payment of the final principal payment number) and to pay all maintenance, administrative, supply, and finance charges for this equipment through the date title passes to Xerox.

| Item | Finance Activity | Amount Refinanced | Int. Rate | Total Int. Payable |
|---|---|---|---|---|
| 1. W5050H | - Refinance of Xerox Agreement | $2,003.00 | 11.25% | $625.00 |
| 2. W5050H | - Refinance of Xerox Agreement | $2,123.00 | 11.25% | $662.20 |
| 3. W5050H | - Refinance of Xerox Agreement | $2,123.00 | 11.25% | $662.20 |
| 4. W5050H | - Refinance of Xerox Agreement | $2,123.00 | 11.25% | $662.20 |
| 5. D242C | - Refinance of Xerox Agreement | $10,441.00 | 11.25% | $3,257.60 |

**39. REFINANCE OF PRIOR AGREEMENT.** If Prior Xerox Agreement is identified in the Agreement, the balance is included in the amount financed under this Agreement and shall be paid for through your Minimum Payments. If your prior agreement is with a third party, you hereby acknowledge that you have the right to terminate the agreement and agree to provide a statement from the third party identifying the equipment at issue and the amount to be paid off (as well as a statement from you identifying the payee and mailing address for your payoff check). If your prior agreement was with Xerox, the use of this refinance option shall render your prior agreement null and void. If you breach any of your obligations, the full amount of your prior agreement balance shall be immediately due and payable.

# XEROX®

**Lease Agreement**



"An Outstanding Customer Service Experience"

J.D. Power and Associates Certified Technology & Support Program developed in conjunction with SSPA. Visit jdpower.com or thespa.com

| Customer Bill To: | CALIFORNIA CENTER FOR THE ARTS ESCOND-<br>Ido Foundation Inc<br>340 N Escondido Blvd<br>Escondido, CA 92025-2600<br>Tax ID#: x | Customer Install: | CALIFORNIA CENTER FOR THE ARTS<br>Escondido Inc<br>340 N Escondido Blvd<br>Escondido, CA 92025-2600 |

## Solution

| Item | Product Description | Agreement Information | Requested Effective Date |
|---|---|---|---|
| 1. CC55HC (SOT CC55 FADF-HCF)<br>S/N NWL038725<br>- Office Finisher | | Lease Term: 60 months<br>Purchase Option: FMV<br><br>This agreement modifies the current Xerox Agreement 951639236 for CC55HC S/N NWL038725 as of payment 37. | 1/15/2008 |
| 2. CC55HC (SOT CC55 FADF-HCF)<br>S/N NWL037530<br>- Office Finisher | | Lease Term: 60 months<br>Purchase Option: FMV<br><br>This agreement modifies the current Xerox Agreement 951638790 for CC55HC S/N NWL037530 as of payment 37. | 1/15/2008 |

## Monthly Pricing

| Item | Lease<br>Minimum Payment | Meter | Print Charges<br>Volume Band | Per Print Rate | Maintenance Plan Features |
|---|---|---|---|---|---|
| 1. CC55HC | $242.64 | 1: Total | All Prints | $0.0082 | - Consumable Supplies Included for all prints |
| 2. CC55HC | $349.16 | 1: Total | 1 - 12,000<br>12,001+ | Included<br>$0.0082 | - Consumable Supplies Included for all prints |
| Total | $591.80 | Minimum Payments (Excluding Applicable Taxes) | | | |

## Authorized Signature

Customer acknowledges receipt of the terms of this agreement which consists of 5 pages including this face page.

Signer: Vicky Basehore

Signature: [signed] Vicky Basehore

Phone: (760)839-4181

Date: 2/28/07

Thank You for your business!
This Agreement is proudly presented by Xerox and

**Hisako Miyabayashi**
**(858)573-6342**

For information on your Xerox Account, go to
www.xerox.com/AccountManagement

WS G10628 12/19/2007 15:11:58       Confidential - Copyright© 2007 XEROX CORPORATION. All rights reserved.       Page 1 of 5

DEC-28-2007 13:30 From:MR COPY      8585731964      To:Southern CBC      P.2/2

(Page 2 of 2)



# Lease Agreement

Terms and Conditions

**INTRODUCTION:**

**1. TOTAL SATISFACTION GUARANTEE.** Except for Equipment identified as Previously Installed, for all Equipment delivered under this Agreement, if you are not totally satisfied with any Equipment, Xerox will, at your request, replace it without charge with an identical model or, at the option of Xerox, with a machine with comparable features and capabilities. This Guarantee applies only to Xerox-brand Equipment that has been continuously maintained by Xerox or its authorized representatives under a Xerox express warranty or Xerox maintenance plan, and is not applicable to Equipment damaged or destroyed due to an Act of God. For Equipment designated on the face of this Agreement as "Previously Installed", this Guarantee will be effective for one (1) year following the Equipment"s Installation Date. For all other Equipment, this Guarantee will be effective for three (3) years following the Equipment"s Installation Date unless the Equipment is being financed by Xerox for more than three (3) years, in which event it will expire as of the end of the initial term of such financing arrangement.

**2. MODIFICATION OF PRIOR AGREEMENT.** For Products identified as "Modifies Xerox Agreement", this Agreement modifies a prior agreement between you and Xerox covering the specified Products. The prior agreement shall remain in effect except that any terms and conditions in this Agreement that conflict with, or are additive to, any terms and conditions in the prior agreement shall take precedence over the terms and conditions of the prior agreement. In addition, modifications may include a one-time administrative/processing charge which will appear on your first bill under this Agreement.

**SOLUTION/SERVICES:**

**3. PRODUCTS.** "Products" shall refer collectively to all equipment (the "Equipment"), software, and supplies identified on the face of this Agreement. You represent that the Products are being ordered for your own business use (rather than resale) and that they will not be used for personal, household or family purposes.

**4. CONSUMABLE SUPPLIES INCLUDED.** If Consumable Supplies is identified in the Maintenance Plan Features, Maintenance Services will include black toner (excluding highlight color toner), black developer, copy Cartridges, and, if applicable, fuser ("Consumable Supplies"). For full-color Equipment, Consumable Supplies shall also include, as applicable, color toner and developer. For Products identified as "Phaser", Consumable Supplies may also include, if applicable, black solid ink, color solid ink, imaging units, waste cartridges, transfer rolls, transfer belts, transfer units, belt cleaner, maintenance kits, print Cartridges, drum Cartridges, waste trays and cleaning kits. You agree that the Consumable Supplies are Xerox's property until used by you, that you will use them only with the Equipment, that you will return all Cartridges to Xerox for remanufacturing once they have been run to their cease-function point (at Xerox's expense when using Xerox-supplied shipping labels), and that at the end of the term of this Agreement you will either (1) return any unused Consumable Supplies to Xerox (at Xerox's expense when using Xerox-supplied shipping labels), or (2) destroy them in a manner permitted by applicable law. Should your use of Consumable Supplies exceed Xerox's published yields for these items by more than 10%, you agree that Xerox shall have the right to charge you for any such excess usage. When requested by Xerox, you agree to provide meter readings and inventory of Consumable Supplies in your possession.

**5. CARTRIDGES.** If Xerox is providing Maintenance Services for Equipment utilizing cartridges designated by Xerox as customer replaceable units, including copy/print cartridges and xerographic modules or fuser modules ("Cartridges")), and unless you have entered into a Standard Maintenance Agreement as described herein, you agree to use only unmodified Cartridges purchased directly from Xerox or its authorized resellers in the United States and the failure to use such Cartridges shall void any warranty applicable to such Equipment. Cartridges packed with Equipment and replacement Cartridges may be new, remanufactured or reprocessed. Remanufactured and reprocessed Cartridges meet Xerox's new Cartridge performance standards and contain new and/or reprocessed components. To enhance print quality, the Cartridge(s) for many models of Equipment have been designed to cease functioning at a predetermined point. In addition, many Equipment models are designed to function only with Cartridges that are newly manufactured original Xerox Cartridges or with Cartridges intended for use in the U.S. Equipment configuration that permits use of non-newly manufactured original Xerox Cartridges may be available from Xerox at an additional charge.

**6. MAINTENANCE SERVICES.** Xerox (or a designated servicer) will provide the following Maintenance Services under this Agreement (unless you are acquiring Equipment for which Xerox does not offer Maintenance Services; such Equipment to be designated as "No Svc."). Xerox will make repairs and adjustments necessary to keep Equipment in good working order. Parts required for repairs may be new, reprocessed or recovered. All parts/materials replaced, including as part of an upgrade, will become Xerox's property.

**7. INSTALLATION SITE & METER READINGS.** The Equipment installation site must conform to Xerox's published requirements throughout the term of this Agreement. If applicable, you agree to provide meter readings in the manner prescribed by Xerox. If you do not provide Xerox with meter readings as required, Xerox may estimate them and bill you accordingly.

**8. EQUIPMENT REPLACEMENT.** If Xerox is unable to maintain the Equipment as described, Xerox will, as your exclusive remedy for Xerox's failure to provide Maintenance Services, replace the Equipment with an identical product or, at Xerox's option, another product of equal or greater capabilities. If a replacement product is provided pursuant to this Section there will not be an additional charge for the replacement product and, except as set forth in the Section of this Agreement titled "ANNUAL PRICE INCREASES", there will not be an additional charge for Maintenance Services during the then-current term during which Maintenance Services are being provided.

**9. PC/WORKSTATION REQUIREMENTS.** In order to receive Maintenance Services and/or Software Support for Equipment requiring connection to a PC or workstation, you must utilize a PC or workstation that either (1) has been provided by Xerox, or (2) meets Xerox's published specifications.

**10. HOURS & EXCLUSIONS.** Unless otherwise stated, Maintenance Services will be provided during Xerox's standard working hours (excluding Xerox-recognized holidays) in areas within the United States, its territories, and possessions open for repair service for the Equipment at issue. You agree to give Xerox reasonable access to the Equipment. Maintenance Services shall cover repairs and adjustments required as a result of normal wear and tear or defects in materials or workmanship (and shall exclude repairs or adjustments Xerox determines to relate to or be affected by the use of options, accessories, or other connected products not serviced by Xerox, as well as any non-Xerox alterations, relocation, service, supplies, or consumables). You agree to use Equipment in accordance with, and to perform all operator maintenance procedures for Equipment as set forth in, the applicable manuals provided by Xerox.

**11. EQUIPMENT STATUS.** Unless you are acquiring Previously Installed Equipment, Equipment will be either (1) "Newly Manufactured," which may contain some recycled components that are reconditioned; (2) "Factory Produced New Model", which is manufactured and newly serialized at a Xerox factory, adds functions and features to a product previously disassembled to a Xerox predetermined standard, and contains both new components and recycled components that are reconditioned; or (3) "Remanufactured", which has been factory produced following disassembly to a Xerox predetermined standard and contains both new components and recycled components that are reconditioned.

**12. SOFTWARE LICENSE.** The following terms apply to copyrighted software and the accompanying documentation, including, but not limited to, operating system software, provided with or within the Xerox-brand Equipment acquired hereunder ("Base Software"), as well as software identified as "Application Software" on the face of this Agreement. This license does not apply to any Diagnostic Software or to any software/documentation accompanied by a clickwrap or shrinkwrap license agreement or otherwise made subject to a separate license agreement.

A. Xerox grants you a non-exclusive, non-transferable license to use the Base Software within the United States, its territories, and possessions (the "United States") only on or with the Equipment with which (or within which) it was delivered. For Application Software, Xerox grants you a non-exclusive, non-transferable license to use this software within the United States on any single unit of equipment for as long as you are current in the payment of any indicated software license fees (including any Annual Renewal Fees). You have no other rights to the Base or Application Software and, in particular, may not: (1) distribute, copy, modify, create derivatives of, decompile, or reverse engineer this software; (2) activate any software delivered with or within the Equipment in an unactivated state; or (3) allow others to engage in same. Title to the Base and Application Software and all copyrights and other intellectual property rights in it shall at all times reside solely with Xerox and/or its licensors (who shall be considered third-party beneficiaries of this Agreement"s software and limitation of liability provisions). Base and Application Software may contain, or be modified to contain, computer code capable of automatically disabling proper operation or

# XEROX®

**Lease Agreement**

Terms and Conditions

functioning of the Equipment. Such disabling code may be activated if: (a) Xerox is denied reasonable access to the Base or Application Software to periodically reset such code; (b) you are notified of a default under any term of this Agreement; or (c) your license is terminated or expires.

B. Xerox may terminate your license for any Base Software (1) immediately if you no longer use or possess the Equipment or are a lessor of the Equipment and your first lessee no longer uses or possesses it, or (2) upon the termination of any agreement under which you have rented or leased the Equipment.

C. If you transfer possession of the Equipment after you obtain title to it, Xerox will offer the transferee a license to use the Base Software within the United States on or with it, subject to Xerox"s then-applicable terms and license fees, if any, and provided the transfer is not in violation of Xerox"s rights.

D. Xerox warrants that the Base and Application Software will perform in material conformity with its user documentation for a ninety (90) day period from the date it is delivered or, for software installed by Xerox, the date of software installation. Neither Xerox nor its licensors warrant that the Base or Application Software will be free from errors or that its operation will be uninterrupted.

E. Notwithstanding anything to the contrary set forth in this Agreement, if you enter into a maintenance agreement for Equipment, such maintenance agreement does not include a license for Base Software. If you do not have a license for Base Software for Equipment, you may enter into a separate license agreement with Xerox for such Base Software.

**13. SOFTWARE SUPPORT.** During the period that Xerox (or a designated servicer) provides Maintenance Services for the Equipment, but in no event longer than five (5) years after Xerox stops taking orders from customers for the subject model of Equipment, Xerox (or a designated servicer) will provide software support for the Base Software under the following terms. For Application Software licensed pursuant to this Agreement, Xerox will provide software support under the following terms provided you are current in the payment of all Initial License and Annual Renewal Fees (or, for programs not requiring Annual Renewal Fees, the payment of the Initial License Fee and the annual "Support Only" Fees).

A. Xerox will assure that Base and Application Software performs in material conformity with its user documentation and will maintain a toll-free hotline during Xerox's standard working hours to answer related questions.

B. Xerox may make available new releases of the Base or Application Software that primarily incorporate coding error fixes and are designated as "Maintenance Releases". Maintenance Releases are provided at no charge and must be implemented within six (6) months after being made available to you. Each new Maintenance Release shall be considered Base or Application Software governed by the Software License and Software Support provisions of this Agreement. New releases of the Base or Application Software that are not Maintenance Releases, if any, may be subject to additional license fees at Xerox's then-current pricing and shall be considered Base or Application Software governed by the Software License and Software Support provisions of this Agreement (unless otherwise noted). Xerox will not be in breach of its software support obligations hereunder if, in order to implement, in whole or in part, a new release of Base or Application Software provided or made available to you by Xerox, you must procure, at your expense, additional hardware and/or software from Xerox or any other entity. You agree to return or destroy all prior releases.

C. Xerox will use reasonable efforts, either directly and/or with its vendors, to resolve coding errors or provide workarounds or patches, provided you report problems as specified by Xerox.

D. Xerox shall not be obligated (1) to support any Base or Application Software that is two or more releases older than Xerox's most current release, or (2) to remedy coding errors if you have modified the Base or Application Software.

**14. DIAGNOSTIC SOFTWARE.** Software used to maintain the Equipment and/or diagnose its failures or substandard performance (collectively "Diagnostic Software") is embedded in, resides on, or may be loaded onto the Equipment. The Diagnostic Software and method of entry or access to it constitute valuable trade secrets of Xerox. Title to the Diagnostic Software shall at all times remain solely with Xerox and/or Xerox's licensors. You agree that (a) your acquisition of the Equipment does not grant you a license or right to use the Diagnostic Software in any manner, and (b) that unless separately licensed by Xerox to do so, you will not use, reproduce, distribute, or disclose the Diagnostic Software for any purpose (or allow third parties to do so). You agree at all times (including subsequent to the expiration of this Agreement) to allow Xerox to access, monitor, and otherwise take steps to prevent unauthorized use or reproduction of the Diagnostic Software.

**PRICING PLAN/OFFERING SELECTED:**

**15. COMMENCEMENT.** The Lease Term for each unit of Equipment shall commence upon installation of each unit; provided, however, for customer-installable Equipment, the Lease Term shall commence upon delivery of each unit.

**16. PAYMENT TERMS.** Invoices are payable upon receipt and payment is due and must be received by Xerox no later than thirty (30) days after the invoice date. Restrictive covenants on instruments or documents submitted for or with payments you send to Xerox will not reduce your obligations.

**17. PAYMENTS.** The Minimum Payment (which may be billed on more than one invoice) may include a Minimum Number of Prints. The Minimum Payment, along with Print Charges for any prints made in excess of the Minimum Number of Prints, cover your cost for the use of the Equipment and its maintenance (provided as Maintenance Services)

**18. LATE PAYMENT CHARGE.** For any payment not received by Xerox within ten (10) days of the due date as set forth herein, Xerox may charge, and you agree to pay, a late charge equal to the higher of five percent (5%) of the amount due or $25 (not to exceed the maximum amount permitted by law) as reasonable collection costs.

**19. ANNUAL PRICE INCREASES.** Xerox may annually increase the maintenance component of the Minimum Payment and Print Charges, each such increase not to exceed 10%. For Application Software, Xerox may annually increase the Annual Renewal and Support-Only Fees, each such increase not to exceed 10%

**20. DELIVERY AND REMOVAL.** Xerox will be responsible for all standard delivery and removal charges and you will be responsible for any non-standard delivery or removal charges.

**21. TAXES.** You shall be responsible for any and all applicable Taxes, which will be included in Xerox's invoice unless you provide proof of your tax exempt status. "Taxes" shall mean any tax, assessment or charge imposed or collected by any governmental entity or any political subdivision thereof, however designated or levied, imposed on this Agreement or the amounts payable to Xerox by you for the billing of Products, Print Charges, services and maintenance of any kind. Taxes include, but are not limited to, sales and use, rental, excise, gross receipts and occupational or privilege taxes, plus any interest and/or penalty thereon, but excluding any personal property taxes and taxes on Xerox's net income. If a taxing authority determines that Xerox did not collect all applicable Taxes, you shall remain liable to Xerox for such additional Taxes.

**22. LEASE OPTIONS.** The following options are available for each unit of Equipment leased under this Agreement. A. If not in default, you may purchase the Equipment, "AS IS, WHERE-IS" and WITHOUT ANY WARRANTY AS TO CONDITION OR VALUE: (1) at the end of the lease term for the Purchase Option indicated on the face of this Agreement (i.e., either a set dollar amount or the fair market value of the Equipment at the expiration of the lease term), plus all applicable Taxes, or (2) any time during the lease term by paying: (a) all amounts then due; (b) the remaining Minimum Payments in the Agreement's term less any unearned finance, maintenance, and supply charges (as reflected on Xerox's books and records); (c) a reasonable disengagement fee calculated by Xerox that will not exceed fifteen percent (15%) of the amount in (b) above (said amount is available from Xerox upon request); (d) the applicable Purchase Option; and (e) all applicable Taxes. B. Unless either party provides notice at least thirty (30) days before the end of the lease term of its intention not to renew a unit of Equipment, it will be renewed automatically on a month-to-month basis at the same price, terms and conditions and billing frequency as the original Agreement. During this renewal period, either party may terminate the Equipment upon at least thirty (30) days notice. Upon termination, you shall make the Equipment available for removal by Xerox when requested to do so by Xerox and, at the time of removal, the Equipment shall be in the same condition as when delivered (reasonable wear and tear excepted).

**23. DEFAULT AND REMEDIES.** You will be in default under this Agreement if (1) Xerox does not receive any payment within fifteen (15) days after the date it is due, or (2) you breach any other obligation hereunder. If you default, Xerox, in addition to its other remedies (including the cessation of Maintenance Services), may require immediate payment, as liquidated damages for loss of bargain and not as a penalty, of: (a) all amounts then due, plus interest on all amounts due from the due date until paid at the rate of one and one-half percent (1.5%) per month (not to exceed the maximum amount permitted by law); (b) the remaining Lease Minimum Payments in the Agreement's term less any unearned finance, maintenance, and supply charges (as reflected on Xerox's books and records); (c) a reasonable disengagement fee calculated by Xerox that will not exceed fifteen percent (15%) of the amount in (b) above (said amount is available from Xerox upon request); and (d) all applicable Taxes.

# XEROX®

**Lease Agreement**

Terms and Conditions

You also shall either (1) make the Equipment available for removal by Xerox when requested to do so by Xerox and, at the time of removal, the Equipment shall be in the same condition as when delivered (reasonable wear and tear excepted), together with any related software, or (2) purchase the Equipment "AS IS, WHERE IS" and WITHOUT ANY WARRANTY AS TO CONDITION OR VALUE by paying Xerox the Purchase Option and all applicable Taxes. Xerox's decision to waive or forgive a particular default shall not prevent Xerox from declaring any other default. In addition, if you default under this Agreement, you agree to pay all of the costs Xerox incurs to enforce its rights against you, including reasonable attorneys' fees and actual costs.

**GENERAL TERMS & CONDITIONS:**

**24. NON-CANCELABLE AGREEMENT.** THIS AGREEMENT CANNOT BE CANCELED OR TERMINATED EXCEPT AS EXPRESSLY PROVIDED HEREIN. YOUR OBLIGATION TO MAKE ALL PAYMENTS AND TO PAY ANY OTHER AMOUNTS DUE OR TO BECOME DUE SHALL BE ABSOLUTE AND UNCONDITIONAL AND SHALL NOT BE SUBJECT TO ANY DELAY, REDUCTION, SET-OFF, DEFENSE, COUNTERCLAIM OR RECOUPMENT FOR ANY REASON WHATSOEVER, IRRESPECTIVE OF XEROX'S PERFORMANCE OF ITS OBLIGATIONS HEREUNDER. ANY CLAIM AGAINST XEROX MAY BE ASSERTED IN A SEPARATE ACTION AND SOLELY AGAINST XEROX.

**25. REPRESENTATIONS, WARRANTIES & COVENANTS.** Each party represents that, as of the date of this Agreement, it has the lawful power and authority to enter into this Agreement, the individuals signing this Agreement are duly authorized to do so on its behalf and, by entering this Agreement, it will not violate any law or other agreement to which it is a party. You are not aware of anything that will have a material negative effect on your ability to satisfy your payment obligations under this Agreement and all financial information you have provided, or will provide, to Xerox is true and accurate and provides a good representation of your financial condition. Each party agrees that it will promptly notify the other party in writing of a change in ownership, or if it relocates its principal place of business or changes the name of its business.

**26. LIMITATION OF LIABILITY.** Xerox shall not be liable to you for any direct damages in excess of $10,000 or the amounts paid hereunder, whichever is greater, and neither party shall be liable to the other for any special, indirect, incidental, consequential or punitive damages arising out of or relating to this Agreement, whether the claim alleges tortious conduct (including negligence) or any other legal theory. The above-stated limitation of liability shall not be applicable to any specific indemnification obligations set forth in this Agreement. Any action you take against Xerox must be commenced within two (2) years after the event that caused it.

**27. CREDIT REPORTS.** You authorize Xerox (or its agent) to obtain credit reports from commercial credit reporting agencies

**28. FORCE MAJEURE.** Xerox shall not be liable to you during any period in which its performance is delayed or prevented, in whole or in part, by a circumstance beyond its reasonable control, which circumstances include, but are not limited to, the following: act of God (e.g., flood, earthquake, wind); fire; war; act of a public enemy or terrorist; act of sabotage; strike or other labor dispute; riot; misadventure of the sea; inability to secure materials and/or transportation; or a restriction imposed by legislation, or by an order, rule or regulation of any governmental entity. If such a circumstance occurs, Xerox shall undertake reasonable action to notify you of the same.

**29. PROTECTION OF XEROX'S RIGHTS.** You hereby authorize Xerox or its agents to file, by any permissible means, financing statements necessary to protect Xerox's rights as lessor of the Equipment. Xerox, on your behalf and at your expense, may take any action required to be taken by you under this Agreement that you fail to take.

**30. WARRANTY DISCLAIMER; FINANCE LEASE AND INCOME TAX TREATMENT.** XEROX DISCLAIMS, AND YOU WAIVE, THE IMPLIED WARRANTIES OF NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE. The parties agree that this Agreement is: (i) a "finance lease" under Article 2A of the Uniform Commercial Code and, except to the extent expressly provided herein, and to the extent permitted by applicable law, you waive all rights and remedies conferred upon a lessee by Article 2A; and (ii) a lease for all federal, state or local income tax purposes and you shall not claim any credit or deduction for depreciation in respect of the Equipment, or take any other action inconsistent with your role as lessee of the Equipment.

**31. INTELLECTUAL PROPERTY INDEMNITY.** Xerox, at its expense, will defend you from, and pay any settlement agreed to by Xerox or any final judgment for, any claim that a Xerox-brand Product infringes a third party's U.S. intellectual property rights, provided you promptly notify Xerox of the alleged infringement and permit Xerox to direct the defense. Xerox is not responsible for any non-Xerox litigation expenses or settlements unless it preapproves them in writing. To avoid infringement, Xerox may modify or substitute an equivalent Xerox-brand Product, refund the price paid for the Xerox-brand Product (less the reasonable rental value for the period it was available to you), or obtain any necessary licenses. Xerox is not liable for any infringement-related liabilities outside the scope of this Section including, but not limited to, infringement based upon a Xerox-brand Product being modified to your specifications or being used or sold with products not provided by Xerox.

**32. TITLE & RISK OF LOSS.** Title to the Equipment shall remain with Xerox until you exercise your option to purchase it. Until you exercise your option to purchase the Equipment, you agree that: (1) it shall remain personal property; (2) you will not attach any of it as a fixture to any real estate; (3) you will not pledge, sub-lease or part with possession of it or file or permit to be filed any lien against it; and, (4) you will not make any permanent alterations to it. The risk of loss due to your fault or negligence, as well as theft, fire or disappearance, shall pass to you upon shipment from a Xerox controlled facility. The risk of loss due to all other causes shall remain with Xerox unless and until you exercise your option to purchase the Equipment

**33. RELOCATION.** Until title passes to you, all Equipment relocations must be arranged (or approved in advance) by Xerox and shall be at your expense. While Equipment is being relocated, you are responsible for all payments required to Xerox under this Agreement. Equipment cannot be relocated outside of the United States, its territories or possessions until you have exercised the Purchase Option indicated in this Agreement. If you acquire title to the Equipment, you must comply with all applicable laws and regulations regarding the export of any commodity, technology and/or software

**34. ASSIGNMENT.** (a) If you wish to assign any rights or obligations under this Agreement, you shall provide a written notice to Xerox of such request for consent, with said notice including the name of the proposed assignee. Your request to assign this Agreement will be granted by Xerox if: (1) you are not in default under this Agreement or any other agreement with Xerox; (2) the proposed assignee agrees to the sections of this Agreement titled "PAYMENTS", "TAXES" and "CREDIT REPORTS" as applicable to it, for the purposes of the proposed assignment; (3) the proposed assignee meets Xerox's then current credit criteria for similar transactions as determined by Xerox in its sole discretion; and, (4) you and the proposed assignee execute a writing, in a form acceptable to Xerox, confirming said assignment. Assignment by you requires the written consent of Xerox and may not be accomplished by operation of law. (b) Xerox may assign this Agreement, in whole or in part, to a parent, subsidiary or affiliate of Xerox, or to a person or entity for the purposes of securitizing a pool of assets or as part of a third party financial transaction without prior notice to you; provided, however, any proposed assignment to a person or entity not identified previously in this sentence shall require your prior written consent. In the event of an assignment permitted by the preceding sentence, Xerox may, without notice to you, release information it has about you related to this Agreement. Each successive assignee of Xerox shall have all of the rights but none of the obligations of Xerox hereunder. You shall continue to look to Xerox for performance of Xerox's obligations, including the provision of Maintenance Services, and you hereby waive and release any assignees of Xerox from any such claim relating to or arising from the performance of Xerox's obligations hereunder. You shall not assert any defense, counterclaim or setoff that you may have or claim against Xerox against any assignees of Xerox. In the event of an assignment by Xerox, you shall remit payments due in accordance with remittance instructions of the assignee.

**35. MISCELLANEOUS.** Notices must be in writing and will be deemed given five (5) days after mailing, or two (2) days after sending by nationally recognized overnight courier, to the other party's business address, or to such other address designated by either party to the other by written notice given pursuant to this sentence. The term "business address" shall mean, for you, the "Bill to" address identified on the face of this Agreement and, for Xerox, the inquiry address set forth on the most recent invoice to you. This Agreement constitutes the entire agreement as to its subject matter, supersedes all prior and contemporaneous oral and written agreements, and shall be construed under the laws of the State of New York (without regard to conflict-of-law principles). You agree to the jurisdiction and venue of the federal and state courts in Monroe County, New York. In any action to enforce this Agreement, the parties agree to waive their right to a jury trial. If a court finds any term of this Agreement to be unenforceable, the remaining terms of this Agreement shall remain in effect. Both parties may retain a reproduction (e.g., electronic image, photocopy, facsimile) of this Agreement which shall be admissible in any action to enforce it, but only the Agreement held by Xerox shall be considered an original. Xerox may accept this Agreement either by its authorized signature or by commencing performance (e.g., Equipment delivery, initiating Maintenance Services, etc.). All changes to this Agreement must be made in



# Lease Agreement

**Terms and Conditions**

a writing signed by both parties; accordingly, any terms on your ordering documents shall be of no force or effect.

**36. MISCELLANEOUS, CONTINUED.** The following four sentences control over every other part of this Agreement and over all other documents now or later pertaining to this Agreement. We both intend to comply with applicable laws. In no event will Xerox charge or collect any amounts (such as interest or, if applicable, time price differential amounts) in excess of those allowed by applicable law. Any part of this Agreement that would, but for this Section, be read under any circumstances to allow for a charge higher than that allowed under any applicable legal limit, is limited and modified by this Section to limit the amounts chargeable under this Agreement to the maximum amount allowed under the legal limit. If, in any circumstances, any amount in excess of that allowed by law is charged or received, any such charge will be deemed limited by the amount legally allowed and any amount received by Xerox in excess of that legally allowed will be applied by us to the payment of amounts legally owed under this Agreement, or refunded to you.

**37. REMOTE DATA COLLECTION.** Xerox may automatically collect from the Equipment, via electronic transmission to a secure off-site location, certain data used by Xerox or a designated servicer to support and service the Equipment, or for Xerox billing, supplies replenishment or product improvement purposes. Automatically transmitted data may include, but is not limited to, product registration, meter read, supply level, Equipment configuration and settings, software version, and problem/fault code data. All such data shall be transmitted in a secure manner specified by Xerox.